1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   GERARDO ESCOBAR,              )    No. EDCV 06-693-GW(CW)
                                   )
13                Plaintiff,       )    ORDER ACCEPTING SECOND REPORT AND
                                   )    RECOMMENDATION OF UNITED STATES
14         v.                      )    MAGISTRATE JUDGE
                                   )
15   JOHN OBIAKOR, et al.,         )
                                   )
16                Defendants.      )
                                   )
17   _____)

18        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

19   entire record in this action, as well as the Second Report and

20   Recommendation of the United States Magistrate Judge and all

21   objections thereto.  The court has made a <u>de</u> <u>novo</u> determination with

22   respect to those portions of the Report and Recommendation as to which

23   objection has been made.

24        **IT IS ORDERED**: (1) that the Second Report and Recommendation of

25   the United States Magistrate Judge be accepted; (2) that Defendants'

26   motion for summary judgment (docket no. 53, filed March 13, 2009) be

27   granted; and that judgment be entered in favor of Defendants.

28

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: May 20, 2011

_____
GEORGE H. WU
United States District Judge