**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO ESCOBAR, | No. EDCV 06-693-GW(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN OBIAKOR, et al., | |
| Defendants. | |

Summary judgment is hereby granted in favor of Defendants.

DATED: May 20, 2011

*/s/ George H. Wu*

GEORGE H. WU
United States District Judge